# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY I. MCCLEAN, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 12-cv-4706 |
| PHILADELPHIA HOUSING AUTHORITY, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this 27th day of February, 2013, upon consideration of the Motion to Dismiss of the Philadelphia Housing Authority (the "PHA") (ECF No. 10), the Motion to Dismiss of the United States Department of Labor (the "DOL") and the United States Department of Housing and Urban Development ("HUD") (ECF No. 11), the Plaintiff's Response (ECF No. 14), the Reply of the DOL and HUD (ECF No. 15), and the Reply of the PHA (ECF No. 16), it is hereby ORDERED that the Motions (ECF Nos. 10, 11) are GRANTED and that this action is DISMISSED. The dismissal is with prejudice as to the claims against the PHA and without prejudice as to the claims against the DOL and HUD. The Clerk is directed to close the case.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, C.J.